12-15-00002-CR

In The Twelfth Court of Appeals
Tyler, Texas

O'Andrew Shelton
Appellant

v.

The State of Texas
Appellee

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN -8 2015    elKm

TYLER TEXAS
CATHY S. LUSK, CLERK

On Appeal from the 114th District Court of Smith County
Trial Cause No. 114-0724-14

First Motion For Extension of Time to File
Appellant's Pro Se Brief or Response To Ander's Brief

To The Honorable Justices of The Court of Appeals:

Comes now O'Andrew Shelton, Appellant pro se, and respectfully moves the Court to extend the deadline for filing his brief by 45 days. In support, Appellant would show the following:

I

On November 26, 2014 the jury found Appellant guilty of Possession of a controlled substance. The judge assessed punishment at 50 years imprisonment in the Texas Department of Criminal Justice.

## II

On May 13, 2015, Appellant recieved notice by mail that his appeal attorney filed an Anders brief on his behalf and notice that Appellant had a right to file a pro se brief or response to the Anders brief.

## III

As of today, June 4, 2015, Appellant has not yet recieved court transcripts or records as requested. The deadline for filing Appellant's brief or response is June 12, 2015.

## IV

This is Appellant's first request for extension. Appellant is unable to meet the deadline for the following reason: Appellant has not recieved trial transcripts and documents in order to inspect them.

## V

For the reason stated above, Appellant respectfully requests an additional 45 days in order to recieve transcripts and documents, inspect them, and prepare a pro se brief or response in support of Appellant's appeal.

## VI

Appellant prays that the court grant this motion and extend the time to file Appellant's pro se brief or response by 45 days.

Respectfully submitted,

O'Andrew Shelton #1981062, 1391 FM 3328 Beto 1
Appellant, pro se                    Tennessee Colony, Tx. 75880

Certificate of Service

I hereby certify that on June 4, 2015, a true and correct copy of Appellant's motion for extension to file his brief or response was mailed to the attorney for the State by U.S. First Class mail addressed to Michael J. West, Assistant District Attorney, 4th Floor, Courthouse 100 N. Broadway, Tyler, Tx. 75702.

O'Andrew Skelton
Appellant, pro se

I, O'Andrew Skelton, TDCJ# 1881062, being presently incarcerated in the Beto Unit of the Texas Department of Criminal Justice - Institutional Division in Tennessee Colony, Tx., verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 4th day of June, 2015.

O'Andrew Skelton
TDCJ# 1881062